HARVEY P. SACKETT (72488)
SACKETT AND ASSOCIATES
A PROFESSIONAL LAW CORP.
1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/as

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMEY M. SCOTT,<br><br>Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART, Commissioner, Social Security Administration,<br><br>Defendant. | Civil No. 06-04272 SC<br><br>STIPULATION AND ORDER |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have an extension of time up through and including Wednesday, December 27, 2006 in which to e-file his Motion for Summary Judgment. This extension is necessitated by the number of other cases Plaintiff's counsel currently has before the district court that also require briefing.

KEVIN V. RYAN
United States Attorney

Dated: November 20, 2006

/s/
SARA WINSLOW
Assistant U.S. Attorney

Dated: November 20, 2006

/s/
HARVEY P. SACKETT
Attorney for Plaintiff
JAMEY M. SCOTT

IT IS SO ORDERED.

Dated: 11/21/06

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Samuel Conti

HON[illegible]
Unite[illegible]e