HARVEY P. SACKETT (72488)

**SACKETT**
AND ASSOCIATES
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/lc

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMEY M. SCOTT, | ) No.: C 06-04272 SC |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER FOR |
| | ) DISMISSAL |
| v. | ) |
| | ) |
| JO ANNE B. BARNHART, | ) |
| Commissioner, Social Security | ) |
| Administration, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that

this matter be dismissed in its entirety without prejudice. Each party shall bear their own

attorney's fees and costs.

1

STIPULATION AND ORDER

1

2

_____

KEVIN V. RYAN

United States Attorney

3

4

5

6   Dated: December 26, 2006          */s/*_____

                                     SARA WINSLOW

7                                    Assistant U.S. Attorney

8

9

10

11  Dated:  December 26, 2006         */s/*_____

                                     HARVEY P. SACKETT

12                                   Attorney for Plaintiff

                                     JAMEY M. SCOTT

13

14

15  IT IS SO ORDERED.

16

17  Dated: _____1/4/07_____    _____

18                                   HON. SAMUEL CONTI

                                     United States Senior District Judge

19

20

21

22

23

24

25

26

27

28

                                     2

STIPULATION AND ORDER